# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 27, 2018

156633 & (12)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SC: 156633
COA: 339375
Wayne CC: 07-006974-FC

EPIGMENIO GOMEZ,
       Defendant-Appellant.

_____/

On order of the Court, the motion to add issues is GRANTED. The application for leave to appeal the September 21, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 27, 2018



Clerk

p0723